UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL LYNN WILLIAMS,

    Plaintiff,

v.                          Case No.   8:08-cv-976-T-33TBM

MICHAEL J. ASTRUE,
Commissioner of the United
States Social Security
Administration,

    Defendant.
_____/

## ORDER

This matter comes before the Court on consideration of United States Magistrate Judge Thomas B. McCoun III's Report and Recommendation (Doc. # 19), entered on September 25, 2008, recommending that the Commissioner of Social Security's Unopposed Motion for Entry of Judgment with Remand (Doc. # 18) be granted.  As of this date, the parties have not filed objections to the report and recommendation, and the time for the parties to file such objections has elapsed.

In his Report and Recommendation, the Magistrate Judge recommends that this Court grant the Commissioner's motion and remand this case to clarify the extent of Plaintiff Michael Williams' ("Williams") environmental limitations from pulmonary irritants and, if warranted, obtain vocational

expert testimony to identify jobs Williams can perform. (Doc. # 19).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the recommendation of the magistrate judge regarding the motion.

Accordingly, it is hereby

2

**ORDERED, ADJUDGED,** and **DECREED:**

(1) United States Magistrate Judge Thomas B. McCoun III's Report and Recommendation (Doc. # 19) is **ACCEPTED** and **ADOPTED**.

(2) The Commissioner of Social Security's Unopposed Motion for Entry of Judgment with Remand (Doc. # 18) is **GRANTED**.

(3) The decision of the Commissioner is **REVERSED** and **REMANDED** for the Commissioner to clarify the extent of Plaintiff Michael Williams' environmental limitations from pulmonary irritants and, if warranted, obtain vocational expert testimony to identify jobs Plaintiff can perform.

(4) The Clerk is directed to enter judgment in favor of Michael Williams pursuant to 42 U.S.C. § 405(g) as this is a sentence four remand, and thereafter to close the file. <u>Shalala v. Schaefer</u>, 509 U.S. 292, 302-03 (1993); <u>Newsome v. Shalala</u>, 8 F.3d 775, 779-80 (11th Cir. 1993).

(5) If Michael Williams ultimately prevails in this case upon remand to the Social Security Administration, any motion for attorney's fees under 42 U.S.C. § 406(b) must be filed within 14 days of the Commissioner's final decision

3

to award benefits.  See Bergen v. Comm'r of Soc. Sec., 454 F.3d 1273, 1278 n.2 (11th Cir. 2006).

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 24th day of October 2008.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

4